IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THE COOPERATIVE FINANCE
ASSOCIATION, INC.,

    Plaintiff,

v.

DANIEL H. FREY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-289-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff The Cooperative Finance Association, Inc., granting its motion for default judgment against defendant Daniel H. Frey in the principal amount of $199,513.28, plus accrued unpaid interest in the amount of $17,965.21 and reasonable attorney fees and costs in the amount of $2,472.35, for a total of $219,950.84.

_____      _____
Peter Oppeneer, Clerk of Court                        Date

(signed) 7/13/12